UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CASSANDRA CARROLL, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 04-2344 |
| PHIL MILLS, ET AL. | * | SECTION "L"(2) |

### ORDER

In accordance with the Court's Order and Reasons dated October 13, 2005 and finding that there is no just reason for delay, IT IS ORDERED that judgment under Rule 54(b) of the Federal Rules of Civil Procedure be entered accordingly in favor of defendant, Robert Jones. The parties shall bear their own costs.

Houston, Texas, this ___13th___ day of October, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___